IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHASE C. HARTUNG,<br><br>                    Defendant. | 4:24-CR-3017<br><br>ORDER |

Senior District Judge John M. Gerrard is no longer taking criminal cases and plans to transfer his pending criminal cases to District Judge Susan M. Bazis. A reassignment deadline of **June 17, 2024** has been established.

On **June 17, 2024**, if this case has not been set for a change of plea hearing, it will be reassigned to District Judge Susan M. Bazis.

If the defendant is prepared to plead guilty, counsel should contact the Magistrate Judge's chambers on or before **June 14, 2024** to set a change of plea hearing. Cases involving multiple defendants will be reassigned unless all the defendants have either pled guilty or set a change of plea hearing.

A change of plea hearing in this case, once set, will not be continued absent a showing of good cause. If the defendant later elects not to change his or her plea, moves to withdraw that plea, or does not show good cause for continuing the change of plea hearing, the case will be reassigned to Judge Bazis for trial.

IT IS ORDERED:

1. On June 17, 2024, this case will be reassigned to District Judge Susan M. Bazis if a change of plea hearing has not been scheduled or held.

2. The Clerk of the Court is directed to set a case management deadline for June 17, 2024, with the following docket text:

- 2 -

Reassign to District Judge Susan M. Bazis if change of plea hearings have not been scheduled or held.

Dated this 15th day of April, 2024.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Senior United States District Judge