IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHASE C. HARTUNG,<br><br>                Defendant. | 4:24CR3017<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Jonathan M. Braaten to withdraw as counsel of record for Defendant, (Filing No. 41), is granted.

2) Defendant's newly retained counsel, James K. McGough, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jonathan M. Braaten from any future ECF notifications herein.

Dated this 16th day of October, 2024.

BY THE COURT:

<u>s/ Jacqueline M. DeLuca</u>
United States Magistrate Judge